UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-96-T-17MAP

TENNILLE ALTON SANDERS,
COURTNEY ANTOINE SANDERS,
ANTHONY BERNARD SANDERS,
LEWIS TYRONE POTTS, and
TYRONE LEE WILLIAMS.

### ORDER GRANTING UNITED STATES' MOTION TO CORRECT *NUNC PRO TUNC* THE LEGAL DESCRIPTION FOR 1810 MARTIN LUTHER KING, JR. BLVD., BARTOW, FLORIDA

Before the Court is the United States' Motion to Correct Legal Description of 1810 Martin Luther King, Jr. Blvd., Bartow, Florida, pursuant to Federal Rule of Criminal Procedure 36, due to clerical error. Being fully advised in the premises, the Court finds that the error in the legal description is a clerical error in the record which the Court is authorized to correct under Fed. R. Crim. P. 36. The Court further finds that correcting the clerical error in the legal description does not change the judicial intent of the forfeiture proceedings or prevent those with a legal interest in the property from asserting such interest.

For good cause shown, the United States' motion is GRANTED.

The legal description for the real property located at 1810 Martin Luther King, Jr., Blvd., Bartow, Florida is hereby corrected *nunc pro tunc* and is as follows:

The West 150 feet of the East 316.50 feet of the South 140 feet of the Northwest 1/4 of the Northwest 1/4 of the Northwest 1/4 of Section 9, Township 30 South, Range 25 East, Polk County, Florida.

**DONE** and **ORDERED** in Tampa, Florida this 9th day of May, 2012.

*/s/ Elizabeth A. Kovachevich*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE