UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-96-T-17MAP

TENNILLE ALTON SANDERS

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), for the following assets:

(a) $20,574 in U.S. Currency;

(b) The real property, including all improvements thereon and appurtenances thereto, located at 1775 Dunbar Street, Bartow, Florida 33830, which is legally described as follows:

Lots 7 and 8, Block 3, Orange Heights, according to the map or plat thereof as recorded in Plat Book 21, Page 6, Public Records of Polk County, Florida.

Parcel No. 093025-426500-003070 and 003080.

(c) The real property, including all improvements thereon and appurtenances thereto, located at 1780 Hamilton Street, Bartow, Florida 33830, which is legally described as follows:

Lots 4 and 5, Block 1, Hamilton's Addition, according to the map or plat thereof as recorded in Plat Book 21, Page 13, Public Records of Polk County, Florida.

Parcel No. 093025-424000-001041.

Being fully advised in the premises, the Court finds that on December 9, 2011, a $2,660.00 Forfeiture Money Judgment and Preliminary Order of

Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Tennille Alton Sanders in the identified assets. Doc. 240.

The Court further finds that defendant Sanders was sentenced and the forfeiture of the identified assets was included in the Judgment in a Criminal Case. Docs. 237 and 245.

The Court further finds that no person or entity other than defendant Sanders and co-defendants Courtney Sanders and Tyrone Williams, whose interests were forfeited to the United States in the Preliminary Order of Forfeiture, Latresha Wilcox Sanders, Vivian Wilcox, the Polk County Tax Collector and Ladrema Sanders, are known to have an interest in the assets. No third party other than claimants Latresha Wilcox, Vivian Wilcox and the Polk County Tax Collector, and whose petitions have been adjudicated and/or settled, has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The Court further finds that the United States sent notice of the forfeiture to all third parties known to have a potential interest in the assets including Latresha Wilcox Sanders, Vivian Wilcox, the Polk County Tax Collector, and Ladrema Sanders.

The Court further finds that Claimants Latresha Wilcox Sanders and Vivian Wilcox filed Petitions for Adjudication of Interest for real properties. Docs. 251 and 252; the Claimants then filed an Unopposed Motion for Voluntary

Dismissal of their Petition with prejudice, which this Court granted. Docs. 279 and 286.

The Court further finds that the United States and the Polk County Tax Collector entered into an Amended Stipulated Settlement Agreement for the real properties. In the agreement, the government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale. Doc. 267.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets are now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 3rd day of January, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE